# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONANGEL E. GUERRA, | Case No.: 1:24-cv-01225 JLT EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITH PREJUDICE |
| v. | |
| MADERA POLICE DEPARTMENT, | (Doc. 6) |
| Defendant. | |

Leonangel Guerra seeks to hold the Madera Police Department liable for violations of his Fourth Amendment rights during a traffic stop. The magistrate judge found Plaintiff failed to name a proper defendant, despite the Court informing him previously that the police department is not a proper defendant. (Doc. 6 at 4.) In addition, the magistrate judge found Plaintiff failed to allege sufficient facts to state a cognizable Fourth Amendment claim. (*Id.* at 5-6.) The magistrate judge noted Plaintiff was previously provided the relevant legal standards for his claim and failed to cure the pleading deficiencies the Court identified in screening his initial complaint.[1] (*Id.* at 6-7.) Therefore, the magistrate judge recommended the Court dismiss the action with prejudice for failure to state a claim. (*Id.* at 7.)

---

[1] The Magistrate Judge informed the plaintiff about how to name Doe defendants and explained that while the Madera Police Department was not a proper party to this case, that the City of Merced—assuming he expanded his factual allegations to include necessary facts—may be. (Doc. 4 at 4-5, 6)

1

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 30 days.  (Doc. 6 at 7.)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of the rights on appeal."  (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Although granted an extension of time—and instructed to file any objections no later than January 10, 2025 (Doc. 8)—Plaintiff did not file objections.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated November 21, 2024 (Doc. 6) are **ADOPTED** in full.
2. The action is **DISMISSED** with prejudice for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**January 22, 2025**__

UNITED STATES DISTRICT JUDGE